UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CDMPY El Camino, LCC, a California Limited Liability Company; Plenc El Camino, LCC, a California Limited Liability Company and Does 1-10,<br><br>　　　　　　　　　　Defendants. | Case No.:  3:20-cv-01626-BEN-JLB<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[DOC. 5]** |

　　　The Parties jointly move for the first time to extend the time for Defendants CDMPY El Camino, LCC, and Plenc El Camino, LCC to respond to the Complaint filed on August 20, 2020.  The Court has reviewed the motion and finds good cause to grant the motion exists.  The joint motion is hereby **GRANTED**.  Defendants shall respond to the Complaint on or before **October 30, 2020.**

　　　**IT IS SO ORDERED.**

DATED: September 18, 2020

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　　　　United States District Judge