UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                         Plaintiff,<br><br>v.<br><br>CDMPY El Camino, LLC, a California Limited Liability Company; Plenc El Camino, LLC, a California Limited Liability Company and Does 1-10,<br><br>                         Defendants. | Case No.:  3:20-cv-01626-BEN-JLB<br><br>**ORDER DENYING JOINT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[DOC. 8]** |

The Parties jointly move for the second time to extend the time for Defendants CDMPY El Camino, LLC, and Plenc El Camino, LLC to respond to the Complaint filed on August 20, 2020.  The joint motion is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED: November 3, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge